# United States Bankruptcy Court
## Middle District of Alabama

In re  Floyd L Todd  
            Debtor(s)

Case No. 12-30948  
Chapter 13

## Notice of Change of Address

Debtor's Social Security Number:     xxx-xx-4185

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                 Floyd L Todd

Street:               3525 Coachman Road

City, State and Zip:  Montgomery, AL 36116

Telephone #:

**Please be advised that effective _____, 20___,**  
my (our) new mailing address and telephone number is:

Name:                 Floyd L Todd

                      3525 COACHMAN ROAD

Street:

City, State and Zip:  MONTGOMERY AL 36116

Telephone #:          (205)799-5147


/s/ Floyd L Todd  
Floyd L Todd  
Debtor