**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE: FLOYD L TODD
3525 COACHMAN RD
MONTGOMERY, AL 36116

CASE NO: 12-30948-DHW

Soc. Sec. No. XXX-XX-4185
Debtor.

---

## INCOME WITHHOLDING ORDER

---

TO: ARD LOGISTICS
ATTN PAYROLL
10093 BROSE DR
VANCE, AL 35490

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that ARD LOGISTICS withhold from the wages, earnings, or other income of this debtor the sum of **$308.00 WEEKLY** and remit all such funds withheld to:

**CHAPTER 13 TRUSTEE**
**12-30948-DHW FLOYD L TODD**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, January 4, 2017.

cc: Debtor
Debtor's Attorney

***/ s / Dwight H. Williams Jr.***
Dwight H. Williams Jr.
United States Bankruptcy Judge