UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 12−30948
                                                         Chapter 7
Floyd L Todd,

    Debtor.

## NOTICE OF CASE CLOSURE WITHOUT DISCHARGE

The above−referenced case is closed without discharge. Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay fees due may result in additional collection proceedings.

If the debtor subsequently files a motion to reopen the case, the debtor must pay the related and outstanding filing fees in full.

Dated October 23, 2017

Juan−Carlos Guerrero
Clerk of Court

```
                                  United States Bankruptcy Court
                                   Middle District of Alabama
In re:                                                              Case No. 12-30948-WRS
Floyd L Todd                                                        Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 1127-2          User: ewalker                 Page 1 of 2                  Date Rcvd: Oct 23, 2017
                              Form ID: nccwd                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db             #+Floyd L Todd,    3525 Coachman Road,    Montgomery, AL 36116-1914
2614064        +20/20 OPHTHALMIC ASSOC,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
                 MONTGOMERY ,AL 36123-0609
2576896        +20/20 OPTHALMIC ASSOCIATES,    2020 NORMANDIE DR,    Montgomery, AL 36111-2716
2576897        +CREEK CASINO,   1801 EDDIE TULLIS DRIVE,    Montgomery, AL 36117-6402
2576898        +DIXIE ELECTRIC COOP.,    P.O. BOX 30,   UNION SPRINGS, AL 36089-0030
2576893         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2576899        +ER Solutions,   PO BOX 9004,    RENTON, WA 98057-9004
2576895         EXPERION,   P.O. BOX 9701,    Allen, TX 75013-9701
2576900        +HOLLOWAY CREDIT SOLUTI,    1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
2576904        +MERCHANTS AD,    P O BOX 7511,    MOBILE, AL 36670-0511
2616955        +MERCHANTS ADJUSTMENT SERVICE,    C/O PARNELL AND CRUM P.A.,    PO BOX 2189,
                 MONTGOMERY, AL 36102-2189
2576906        +MONTGOMERY RADIOLOGY,    2055 NORMANDIE DR., STE. 108,    MONTGOMERY, AL 36111-2730
2576914        +STATE OF ALABAMA-DHR,    KAREN MATERNA,    P O BOX 4953,    MONTGOMERY, AL 36103-4953
2580683         Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
2576894         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
2576916        +TRIBUTE,   P O BOX 105555,    Atlanta, GA 30348-5555
2576918         US DEPARTMENT OF EDUCATION,    PO BOX 4222,    Iowa City, IA 52244
2702041         US Department of Education,    PO BOX 65128,    St Paul MN 55165
2644208         VERIZON WIRELESS,    PO BOX 3397,   BLOOMINGTON, IL 61702-3397
2576919        +Verzion,    P.O. Box 26055,    Minneapolis, MN 55426-0055
2579463        +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2017 21:26:24
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
cr              E-mail/Text: cio.bncmail@irs.gov Oct 23 2017 21:23:03
                 United States  of America, Internal Revenue Servic,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
2664777         E-mail/Text: dhrcscbu@dhr.alabama.gov Oct 23 2017 21:22:56
                 Alabama Department of Human Resources,    Child Support Enforcement,    P. O. Box 304000,
                 Montgomery, AL 36130-4000
2657378         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2017 21:26:50
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
2643418        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 23 2017 21:23:36     Asset Acceptance LLC,
                 P.O. Box 2036,    Warren MI 48090-2036
2667120        +E-mail/Text: g17768@att.com Oct 23 2017 21:22:49     BellSouth Telecommunications Inc,
                 % AT&T Services, Inc,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2693
2576901        +E-mail/Text: carol.brensing@usdoj.gov Oct 23 2017 21:22:47     HON. R. Randolph Neely,
                 ASSISTANT UNITED STATES ATTY.,     P.O. BOX 197,    MONTGOMERY, AL 36101-0197
2645564         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 23 2017 21:24:03     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
2576905        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 23 2017 21:23:42     MIDLAND FUNDING,
                 8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
2832983         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2017 21:26:24     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
2576907        +E-mail/Text: bankruptcy@onlineis.com Oct 23 2017 21:24:17     ONLINE COLLECTIONS,   ATTN: TRACY,
                 PO BOX 1489,    WINTERVILLE, NC 28590-1489
2576910        +E-mail/Text: appebnmailbox@sprint.com Oct 23 2017 21:23:40     SPRINT,   PO BOX 8077,
                 London, KY 40742-8077
2576911         E-mail/Text: appebnmailbox@sprint.com Oct 23 2017 21:23:40     SPRINT,   P.O. Box 172408,
                 Denver, CO 80217-2408
2576912         E-mail/Text: appebnmailbox@sprint.com Oct 23 2017 21:23:40     SPRINT PCS,   PO BOX 219554,
                 Kansas City, MO 64121
2576913        +E-mail/Text: bankruptcy@revenue.alabama.gov Oct 23 2017 21:24:33     STATE OF ALABAMA,
                 DEPARTMENT OF REVENUE,    P.O. BOX 320001,    MONTGOMERY, AL 36132-0001
2576915        +E-mail/Text: bankruptcy@tebofinancial.com Oct 23 2017 21:23:26     TEBO FINANCL,   PO BOX 877,
                 MASSILLON, OH 44648-0877
2578929        +E-mail/Text: bankruptcy@tebofinancial.com Oct 23 2017 21:23:26
                 TEBO Financial Services, Inc.,    4801 Dressler Road,    Suite 194,   Canton, OH 44718-3669
                                                                                                TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 1127-2           User: ewalker               Page 2 of 2                   Date Rcvd: Oct 23, 2017
                               Form ID: nccwd              Total Noticed: 38
```

```
cr*          +Merchants Adjustment Service,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,
              Montgomery, AL 36102-2189
2576903*      INTERNAL REVENUE SERVICE,   P O BOX 7317,   Philadelphia, PA 19101-7317
2576902*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court:  INTERNAL REVENUE SERVICE,   INSOLVENCY,
              801 TOM MARTIN DR., ROOM 126,   BIRMINGHAM, AL 35211)
2576908     ##+PAYLIANCE,   ATTENTION: DISPUTES,   3 EASTON OVAL  SUITE 210,   COLUMBUS, OH 43219-6011
2576909     ##+SANTANDER CONSUMER USA,   8585 N STEMMONS FWY STE 1100-N,   DALLAS, TX 75247-3822
2576917     ##+TRIDENT ASSET MANAGEME,   5755 NORTHPOINT PKWY STE,   ALPHARETTA, GA 30022-1136
                                                                        TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Carly B Wilkins    cwilkins@cbwlegal.com,    kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
              Charles N. Parnell, III    on behalf of Creditor    Merchants Adjustment Service
               bkrp@parnellsoutheast.com
              Richard D. Shinbaum    on behalf of Debtor Floyd L Todd rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Tommie Brown Hardwick    on behalf of Creditor    United States  of America, Internal Revenue
               Service tommie.hardwick@usdoj.gov,    carol.brensing@usdoj.gov
                                                                                            TOTAL: 5
```